Daniela Dwyer, Texas RioGrande Legal Aid, Incorporated, Weslaco, TX, Kathryn J. Youker, Texas RioGrande Legal Aid, Incorporated, Brownsville, TX.

Ricardo Morado, Roerig, Oliveira & Fisher, L.L.P., Brownsville, TX.

Before DAVIS, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The plaintiff appellants challenge as inadequate the district court's $17,500 award to their attorneys in this case. The district court, which supervised the handling of this case during its life in that court until it was ultimately compromised for $6,000, concluded after extensive briefing and oral argument that this was a reasonable fee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

After a careful review of the briefs and record we find no abuse of discretion and affirm the district court's award.

AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Erick Eduardo JIMENEZ–CONTRERAS, Defendant–Appellant.

No. 15–41563
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/19/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX.

Erick Eduardo Jimenez–Contreras, Eden, TX, Pro Se.

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Erick Jimenez–Contreras has

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jimenez–Contreras has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We agree with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Cesar Ramirez–Castillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez–Castillo has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We agree with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.